# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 11-562** |
| | : | |
| **JAMES BLAKNEY** | : | |

## ORDER

**NOW**, this 15th day of September, 2016, upon consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 69) and the government's response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** as follows:

1. The claim under *Johnson v. United States* is dismissed without prejudice and will be considered in ruling on his outstanding motion under 28 U.S.C. § 2255 (Document Nos. 85 and 86); and,

2. There is no probable cause to issue a certificate of appealability.

                                                /s/Timothy J. Savage
                                                TIMOTHY J. SAVAGE, J.