# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 11-562-1** |
| | : | |
| v. | : | |
| | : | |
| **JAMES BLAKNEY** | : | |

## ORDER

**NOW**, this 2nd day of September, 2021, upon consideration of the Amended Motion to Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 85) amending the defendant's *pro se* motion (Doc. No. 69), the government's response, the defendant's reply, the Emergency Motion for Immediate Release On Bail (Doc. No. 115), the government's supplemental response, and the defendant's reply to the government's supplemental response, it is **ORDERED** as follows:

1. The motion to vacate defendant's sentence is **GRANTED**.
2. The defendant's sentence is **VACATED**.
3. The motion for bail is **DENIED**.

/s/TIMOTHY J. SAVAGE